UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO, LABORERS' PENSION FUND AND HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, and ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>                Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA, N.A. (as Trustee Under Various Pooling and Servicing Agreements), and U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements),<br><br>                Defendants. | Case No. 1:12-cv-2865-KBF |

## JOINT PROPOSED SCHEDULE

Pursuant to Exhibit A(8) of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York Standing Order and subject to Court approval, the parties have prepared the following proposed schedule for this action:

| Initial Disclosures pursuant to Rule 26(a)(1) | June 7, 2013 |
|---|---|
| Submission of Joint Electronic Discovery Submission and Proposed Order | June 14, 2013 |
| Motion to certify the class | January 10, 2013 |
| Opposition to motion to certify the class | February 7, 2014 |
| Reply re: motion to certify the class | March 7, 2014 |
| Date for completion of fact discovery, including fact depositions | May 16, 2014 |
| Plaintiffs serve expert reports | June 16, 2014 |
| Defendants serve expert reports | Plaintiffs' proposal: July 16, 2014<br>Defendants' proposal: August 15, 2014 |
| Date for completion of expert discovery (including expert depositions) | 30 days after Defendants serve expert reports |
| Date for filing of dispositive motions | Within 60 days after completion of expert discovery |
| Date for exchange of witness lists | Within 30 days after the Court's ruling on dispositive motions |
| Joint Preliminary Trial Report | Within 60 days after the Court's ruling on dispositive motions |
| Case Management Conference | Within 90 days after the Court's ruling on dispositive motions |

**STIPULATED AND AGREED TO:**

Date:  May 10, 2013

By: /s/ *Kristin Linsley Myles*
    Kristin Linsley Myles
    Munger, Tolles & Olson LLP
    560 Mission Street
    San Francisco, CA 94105
    Tel: 415-512-4022
    Fax: 415-644-6922
    Email:  kristin.myles@mto.com

Marc T.G. Dworsky
Jacob S. Kreilkamp
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel: 213-683-9256
Fax: 213-683-5156
Email: marc.dworsky@mto.com
          jacob.kreilkamp@mto.com

David F. Graham
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7596
Fax.: (312) 853-7036 fax
Email: dgraham@sidley.com


Isaac S. Greaney
Jackie A. Lu
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
tel: 212-839-5300; fax: 212-853-5599
Email:  igreaney@sidley.com
          jlu@sidley.com


*On behalf of Defendant Bank of America, N.A.*

By:    /s/ *Michael Stephan Kraut*
    Michael Stephan Kraut
    John Michael Vassos
    Morgan, Lewis and Bockius LLP
    101 Park Avenue
    New York, NY 10178
    Tel: 212-309-6000
    Fax: 212-309-6273
    Email: mkraut@morganlewis.com
           jvassos@morganlewis.com

*On behalf of Defendant U.S. Bank National Association*


By:    /s/ *William C. Fredericks*
    Deborah Clark-Weintraub
    William C. Fredericks
    Max Raphael Schwartz
    Scott + Scott, L.L.P.
    500 Fifth Avenue
    40th Floor
    New York, NY 10110
    Tel: (212) 223-6444
    Fax: (212) 223-6334
    Email: dweintraub@scott-scott.com
           wfredericks@scott-scott.com
           mschwartz@scott-scott.com

*On behalf of Plaintiff*

By: /s/ *Julie Goldsmith Reiser*
Julie Goldsmith Reiser
Steven J. Toll
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Email:  jreiser@cohenmilstein.com
           stoll@cohenmilstein.com
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

-and-

Christopher Lometti
88 Pine Street
14th Floor
New York, NY 10005
Email: clometti@cohenmilstein.com
Tel:  (212) 838-7797
Fax: (212) 838-7745

*Counsel for* Plaintiffs *Chicago Laborers' Funds. IPERS and Arkansas PERS*