UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
POLICEMEN'S ANNUITY AND BENEFIT
FUND OF THE CITY OF CHICAGO, *et al.*,

        Plaintiffs,

        -against-

BANK OF AMERICA, N.A. (as Trustee
Under Various Pooling and Servicing
Agreements) and U.S. BANK
NATIONAL ASSOCIATION (as Trustee
Under Various Pooling and Servicing
Agreements),

        Defendants.
------------------------------------------------------- X

Case No. 1:12-cv-02865-KBF

ECF Case

## MOTION OF U.S. BANK NATIONAL ASSOCIATION
## FOR PARTIAL SUMMARY JUDGMENT

Michael S. Kraut
Kevin T. Rover
John M. Vassos
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0600
Tel: (212) 309-6000
Fax: (212) 309-6001

*Attorneys for Defendant*
*U.S. Bank National Association*

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Michael S. Kraut and exhibits thereto, and all papers and proceedings heretofore had herein, Defendant U.S. Bank National Association ("U.S. Bank"), by and through its attorneys, Morgan, Lewis & Bockius LLP, will move this Court before the Honorable Katherine B. Forrest, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order:

(a) Granting partial summary judgment in favor of U.S. Bank;

(b) Denying Plaintiffs' class standing against U.S. Bank with respect to twenty-three of the thirty-five residential mortgage-backed securitization trusts at issue; and

(b) Granting such other and further relief as the Court may deem just and proper.

Pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the deadline for the Plaintiffs' opposition is March 27, 2014.

Dated:  New York, New York
        March 10, 2014

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Michael S. Kraut*
_____
Michael S. Kraut (MK-4469)
mkraut@morganlewis.com
Kevin T. Rover, (KR-5629
krover@morganlewis.com
John M. Vassos (JV-3504)
jvassos@morganlewis.com
101 Park Avenue
New York, NY  10178-0060
212.309.6000
212.309.6001

*Attorneys for Defendant*
*U.S. Bank National Association*