```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: MAY 02 2014
```

------------------------------------------------------------------X

POLICEMEN'S ANNUITY AND BENEFIT FUND :
OF THE CITY OF CHICAGO, et al.,

                   Plaintiffs,      12 Civ. 2865 (KBF)

-v-

BANK OF AMERICA, NA, et al.,

                   Defendants.

WASHINGTON STATE INVESTMENT
BOARD, et al.,

                   Plaintiffs,      13 Civ. 5978 (KBF)

-v-

BANK OF AMERICA, et al.,                   ORDER

                   Defendants.

------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court has received defendants' letter requesting guidance regarding the format of the Friday, May 9, 2014 class certification hearing. (ECF No. 242.) The Court has set aside four hours for this hearing. The format will be as follows:

1. The record on the motion shall be that previously filed on ECF in support of or in opposition to the motion. No new exhibits shall be admitted at the hearing.

2. The expert reports of Charles D. Cowan, Ph.D. and Christopher M. James, Ph.D. shall be made their direct testimony. Each expert shall then be

turned over for live cross-examination and limited redirect. (The expert report of Michael L. Hartzmark, Ph.D. shall be dealt with separately at the <u>Daubert</u> hearing on Thursday, May 22, 2014.)

3. Experts shall be examined first, prior to attorney argument.

4. Cross-examination of each expert shall be no more than 35 minutes; 20 minutes are allocated for redirect.

5. Attorney argument shall use any remaining time and shall be split 50-50.

SO ORDERED.

Dated:   New York, New York
         May 1, 2014

_____
KATHERINE B. FORREST
United States District Judge