SCOTT + SCOTT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2014

DEBORAH CLARK-WEINTRAUB

Writer's Direct Dial Number
(646) 571-0607

Writer's Direct Email Address
dweintraub@scott-scott.com

July 17, 2014

VIA ECF

Hon. Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom: 15A
New York, NY 10007-1312

    Re:    *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, Case No. 12-2865-KBF

Dear Judge Forrest:

On June 5, 2014, the parties informed the Court that they had reached an agreement in principle to settle the claims in this action and that they anticipated completing work on documenting the settlement within 45 days. However, due to the complexity of the issues, the parties now anticipate that they will need an additional 30 days to complete the settlement documentation. Counsel are available at the Court's convenience to answer any questions the Court might have regarding these issues.

    Respectfully,
    SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

    */s/ Deborah Clark-Weintraub*

    Deborah Clark-Weintraub

cc: All Counsel

*Ordered*
*Extension for 30 days granted.*
*7/17/14*  *K.B. Forrest*
            *USDJ*

NEW YORK
OHIO
CALIFORNIA
CONNECTICUT

SCOTT+SCOTT ATTORNEYS AT LAW, LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE, 40th FLOOR
NEW YORK, NY 10174-4099

212-223-6444 VOICE
212-223-6334 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM