```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/18/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                     :

POLICEMEN'S ANNUITY AND BENEFIT   :     12-cv-2865 (KBF)
FUND OF THE CITY OF CHICAGO, et al., :
                                                     :           ORDER
                           Plaintiffs,  :
            -v-                              :
                                                     X
BANK OF AMERICA, NA, et al.,

                         Defendants.

------------------------------------------------------------

KATHERINE B. FORREST, District Judge:

      In light of the parties' settlement in principle, the Clerk of Court is hereby ordered to terminate the motion at ECF No. 163 as moot.

      SO ORDERED.

Dated:     New York, New York
             August 18, 2014

                                              _____
                                                  KATHERINE B. FORREST
                                                 United States District Judge