

**ROBERT A. MEYER**
Partner

10100 Santa Monica Blvd.   **Direct**   310.282.2250
Suite 2200                 **Main**     310.282.2000
Los Angeles, CA 90067      **Fax**      310.919.3892
                           rmeyer@loeb.com

Via E-mail

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2014
```

September 10, 2014

Hon. Katherine B. Forrest
United States District Court
For the Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Re:  *Policemen's Annuity and Benefit Fund of the City of Chicago et al. v. Bank of America, N.A. et al.*, No. 1:12-CV-02865-KBF

Dear Judge Forrest:

I am the mediator in the above-referenced matter and I write to follow up on my letter to the Court dated August 18, 2014, in which I requested that the Court provide the parties with a three week extension to resolve certain unique issues that arose with respect to the settlement-in-principle that was announced to the Court on June 5, 2014. Your Honor granted the extension.

Since August 18, 2014, I have been working with the parties to reach a final agreement on those issues and I believe the parties have made substantial progress in reaching that goal. Nonetheless, there remain a few terms that the parties continue to work through and for which they need a modest amount of additional time to further negotiate. Accordingly, I respectfully request that the Court provide the parties with an additional 12 day extension, to September 22, 2014, to resolve their remaining differences. I commit to reporting back to the Court on that date.

I am available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

*/s/ Robert A. Meyer*

Robert A. Meyer
Partner

cc:   All Counsel (via email)

So ordered.
K. B. Forrest
USDJ
9/10/14

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong

LA2386038.1
209014-10058

A limited liability partnership including professional corporations