

**LOEB & LOEB LLP**

10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067

Direct
Main    310.282.2000
Fax

Via E-mail

September 22, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 3 2014

Hon. Katherine B. Forrest
United States District Court
For the Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Re: *Policemen's Annuity and Benefit Fund of the City of Chicago et al. v. Bank of America, N.A. et al.*, No. 1:12-CV-02865-KBF

Dear Judge Forrest:

I am the mediator in the above-referenced matter, and I write to follow up on my letter of September 10, 2014. I am pleased to report that the parties have resolved the issues that arose and that divided them after reaching a settlement-in-principle on June 5, 2014. The parties now require time to prepare and submit formal settlement documentation, including a long-form settlement agreement, a settlement approval motion, a proposed order preliminarily approving the settlement and directing notice to the putative settlement class, proposed forms of notice, a proposed proof of claim and release form, and other ancillary papers. On behalf of the parties, I respectfully request that they be given 30 days from today to submit the settlement papers to the Court."

Respectfully submitted,

*/s/ Robert A. Meyer*

Robert A. Meyer
Partner

cc: All Counsel (via email)

So ordered.
(Papers due 10/23/14).

K B. Forrest
USDJ
9/22/14

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong

A limited liability partnership including professional corporations