# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

---

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

October 30, 2014

WRITER'S DIRECT LINE
(213) 683-9189
(213) 683-4056 FAX
James.Rutten@mto.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 31 2014

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Re: *Policemen's Annuity & Benefit Fund of the City of Chicago et al. v. Bank of America, N.A. et al.*, No. 1:12-CV-02865-KBF

Dear Judge Forrest:

We represent Defendant Bank of America, N.A. in the above-referenced matter. We are pleased to report that the parties' counsel have agreed on the terms and language of a settlement stipulation that they are now prepared to recommend to their clients, and now require only a small amount of additional time to obtain necessary internal approvals from their respective clients before presenting the settlement papers to the Court for approval. The parties respectfully request that they be given until Friday, November 7, 2014 to submit the stipulation together with a motion for settlement approval. The parties are mindful of the several extensions the Court already has granted, and thank the Court for its consideration of this request.

Sincerely,

James C. Rutten

cc: Robert Meyer, Esq. (mediator)
Counsel for all Parties

25004372.1

*Handwritten annotation:* Ordered. If no stipulation and motion is received on or before Nov. 7, 2014, the parties shall appear on that date for an in-person conference at 3 pm. 10/31/14 K.B.F., USDJ