UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO, LABORERS' PENSION FUND AND HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM, VERMONT PENSION INVESTMENT COMMITTEE, WASHINGTON STATE INVESTMENT BOARD, ARKANSAS TEACHER RETIREMENT SYSTEM, MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM , CITY OF TALLAHASSEE RETIREMENT SYSTEM, and CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND,<br><br>       Plaintiffs,<br><br>- against-<br><br>BANK OF AMERICA, NA (as Trustee Under Various Pooling and Servicing Agreements), and U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements),<br><br>       Defendants. | Civil Action No. 1:12-CV-02865-KBF<br><br>**Honorable Katherine B. Forrest** |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF THE SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT, (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS, AND (IV) SCHEDULING OF FINAL SETTLEMENT APPROVAL HEARING**

**PLEASE TAKE NOTICE** that Plaintiffs Policemen's Annuity and Benefit Fund of the City of Chicago ("PABF"), Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity ("Chicago Laborers"), Iowa Public Employees' Retirement System ("IPERS"), Arkansas Public Employees' Retirement System ("APERS"), Arkansas Teacher Retirement System ("ATRS"), Mississippi Public Employees' Retirement System ("MPERS"), City of Tallahassee Retirement System ("CTRS"), Vermont Pension Investment Committee ("VPIC"), Washington State Investment Board ("WSIB"), and Central States, Southeast and Southwest Areas Pension Fund ("Central States") (collectively "Plaintiffs"), on behalf of themselves and the Settlement Class, in the above-captioned action, through counsel, hereby move this Court before the Honorable Katherine B. Forrest, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure for:  (i) preliminary approval of the proposed Settlement embodied in the Stipulation of Settlement dated November 7, 2014 (the "Stipulation"); (ii) certification of the proposed Settlement Class for purposes of the Settlement with the Defendants; (iii) approval of the form and manner of notice to putative Settlement Class Members; (iv) the scheduling of a hearing (the "Final Approval Hearing") on final approval of the Settlement and Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (v) such other and further relief as the Court deems just and proper.  Defendants do not oppose this Motion.

Dated:   New York, New York
         November 7, 2014

                                                Respectfully submitted,

                                                **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

                                                \s\ *Deborah Clark-Weintraub*
                                                Deborah Clark-Weintraub
                                                Beth A. Kaswan
                                                William C. Fredericks

Max Schwartz
Donald Broggi
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: dweintraub@scott-scott.com
      bkaswan@scott-scott.com
      wfredericks@scott-scott.com
      mschwartz@scott-scott.com
      dbroggi@scott-scott.com

*Counsel for Plaintiffs Policemen's Annuity and Benefit Fund of the City of Chicago and Central States Southeast and Southwest Areas Pension Fund*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua Devore
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
      jreiser@cohenmilstein.com
      jdevore@cohenmilstein.com

- and-

Daniel B. Rehns
Kenneth M. Rehns
88 Pine Street
14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
Email: drehns@cohenmilstein.com
      krehns@cohenmilstein.com

*Counsel for Plaintiffs Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, Iowa Public Employees' Retirement*

3

*System, and Arkansas Public Employees' Retirement System*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Andrew L. Zivitz
Sharan Nirmul
Joshua E. D'Ancona
Tyler S. Graden
Jonathan F. Neumann
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: azivitz@ktmc.com
          snirmul@ktmc.com
          jdancona@ktmc.com
          tgraden@ktmc.com
          jneumann@ktmc.com

*Counsel for Plaintiffs Vermont Pension Investment Committee, Washington State Investment Board, Arkansas Teacher Retirement System, City of Tallahassee Retirement System, and Mississippi Public Employees' Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

\s\ *Deborah Clark-Weintraub*
Deborah Clark-Weintraub