UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO, LABORERS' PENSION FUND AND HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM, VERMONT PENSION INVESTMENT COMMITTEE, WASHINGTON STATE INVESTMENT BOARD, ARKANSAS TEACHER RETIREMENT SYSTEM, MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM , CITY OF TALLAHASSEE RETIREMENT SYSTEM, and CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND,<br><br>                    Plaintiffs,<br><br>   - against-<br><br>BANK OF AMERICA, NA (as Trustee Under Various Pooling and Servicing Agreements), and U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements),<br><br>                    Defendants. | Civil Action No. 1:12-CV-02865-KBF<br><br>**Honorable Katherine B. Forrest** |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PROPOSED PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on March 12, 2015 at 1:00 p.m. in Courtroom 15A at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, or at such other location and time as set by the Court, Plaintiffs will and hereby do move the Court, the Honorable Katherine B. Forrest, for an order granting Plaintiffs' motion for final approval of class action settlement and approval of proposed plan of allocation.

This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying Joint Declaration of Class Counsel in support of Plaintiffs' motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

Dated:  January 30, 2015                    Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

<u>s\ Sharan Nirmul</u>
Andrew L. Zivitz
Sharan Nirmul
Joshua E. D'Ancona
Tyler S. Graden
Jonathan F. Neumann
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: azivitz@ktmc.com
          snirmul@ktmc.com
          jdancona@ktmc.com
          tgraden@ktmc.com
          jneumann@ktmc.com

*Counsel for Plaintiffs Vermont Pension Investment Committee, Washington State Investment Board, Arkansas Teacher Retirement System, City of Tallahassee Retirement System, and Mississippi Public Employees' Retirement System*

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
Deborah Clark-Weintraub
Beth A. Kaswan
William C. Fredericks
Max Schwartz
Donald Broggi
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: dweintraub@scott-scott.com
   bkaswan@scott-scott.com
   wfredericks@scott-scott.com
   mschwartz@scott-scott.com
   dbroggi@scott-scott.com

*Counsel for Plaintiffs Policemen's Annuity and Benefit Fund of the City of Chicago and Central States Southeast and Southwest Areas Pension Fund*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua Devore
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
   jreiser@cohenmilstein.com
   jdevore@cohenmilstein.com

- and-

Daniel B. Rehns
Kenneth M. Rehns
88 Pine Street
14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
Email: drehns@cohenmilstein.com
   krehns@cohenmilstein.com

*Counsel for Plaintiffs Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, Iowa Public Employees' Retirement System, and Arkansas Public Employees' Retirement System*